# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### HONORABLE MARCIA G. COOKE

Case No. 05-20770-CR     Date: 05-20-09

Clerk: Ivan Marchena/Liz Chapas     Reporter: Robin Dispenzieri

USPO:     Interpreter:

**UNITED STATES OF AMERICA vs.** BENEDICT P. KUEHNE, et al.

AUSA: Robert Feitel and Thomas Pinder

Defendant(s) Counsel: John Nields, Esq.; Jane Moskowitz, Esq.; Joaquin Mendez, Esq.

Defendant(s) Present___ Not Present___ In Custody___

Reason for hearing: Status Conference

Result of hearing: Hearing held. New status conference set for 7/15/09 and oral argument hearing set for 6/24/09.